Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Samantha N. Lamm (SBN 203094)
*snlamm@wolfewyman.com*
WOLFE & WYMAN LLP
2301 Dupont Drive, Suite 300
Irvine, California 92612-7531
Telephone: (949) 475-9200
Facsimile: (949) 475-9203

Attorneys for Defendants
CITIMORTGAGE, INC.; U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. and U.S. BANCORP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SEWELL and PATRICIA GARCIA MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; U.S. BANK, N.A. as Trustee for CITIGROUP MORTGAGE LOAN TRUST; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. SACV13 1180 CJC (ANx)<br><br>Case No.: 30-2013-00661416-CU-OR-CJC<br><br>**JUDGMENT OF DISMISSAL**<br><br>DATE: September 23, 2013<br>TIME: 1:30 p.m.<br>CTRM: 9B |

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CITIMORTGAGE, INC.; U.S. BANK, N.A. AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. and U.S. BANCORP shall have judgment entered in Defendants' favor and against Plaintiffs Patricia Sewel and Patricia Garcia Martinez, who shall take nothing by way of their Complaint.

    IT IS SO ORDERED.

DATED: 9/30/13        By: _____
                                    Hon. Cormac J. Carney
                                    U.S. District Judge